IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02962-GPG

JUVENCIA DARSHA TOWNSEND,

    Plaintiff,

v.

SGT. KIMBERLY ELIOT,
MAJOR BRIAN McFEE,
CAPT. MARK ALTHOLZ,
CASE MANAGER TRAXLER,
CASE MANAGER DEETS, and
DONA ZAVISLAN,

    Defendants.

ORDER DISMISSING CASE

    Plaintiff, Juvencia Darsha Townsend, is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Townsend initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) asserting claims pursuant to 42 U.S.C. § 1983. On December 5, 2014, Ms. Townsend filed an amended Prisoner Complaint (ECF No. 10). On December 8, 2014, Ms. Townsend filed a motion (ECF No. 16) asking the Court to join this case with another pending case she filed, civil action number 14-cv-02961-GPG, because "they both stem from the same incident." Ms. Townsend has been ordered in civil action number 14-cv-02961-GPG to file an amended pleading that clarifies the claims she is asserting.

The motion to join the two cases will be denied.  Instead, the instant action will be dismissed without prejudice to allow Ms. Townsend to pursue all of her related claims that stem from the same incident in one action.  Ms. Townsend should include all of her claims in the amended pleading she has been ordered to file in civil action number 14-cv-02961-GPG.  Accordingly, it is

ORDERED that Plaintiff's motion to join cases (ECF No. 16) is denied.  It is

FURTHER ORDERED that this action is dismissed without prejudice.  It is

FURTHER ORDERED that Plaintiff's motion for an extension of time (ECF No. 18) is DENIED as moot.

DATED at Denver, Colorado, this  9th  day of   January  , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court