## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02962-LTB

JUVENCIA DARSHA TOWNSEND,

    Plaintiff,

v.

SGT. KIMBERLY ELIOT,
MAJOR BRIAN McFEE,
CAPT. MARK ALTHOLZ,
CASE MANAGER TRAXLER,
CASE MANAGER DEETS, and
DONA ZAVISLAN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Motion to Intervene as Plaintiffs With Newly Discovered Evidence Under Fed. R. Civ. P. Rule 24(A)(2), 24(B)" (ECF No. 21) is DENIED because the instant action was dismissed by order entered on January 9, 2015.

Dated:  May 18, 2015